UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DENISE PAYNE, and NATIONAL ALLIANCE )
FOR ACCESSIBILITY, INC., )
      Plaintiffs, )
)    **JUDGMENT IN A CIVIL CASE**
v. )    **CASE NO. 5:12-CV-264-F**
)
AAC INVESTMENTS, INC., )
      Defendant. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's opposition, which the court construes as a Motion to Reconsider the 3/4/2013 order allowing Defendant's Motion for Attorney's Fees is DENIED. Defendant is awarded $4,333.00 in attorney's fees against Plaintiffs Denise Payne and National Alliance for Accessibility, Inc.

**This Judgment Filed and Entered on May 28, 2013, and Copies To:**

Christopher D. Lane (via CM/ECF Notice of Electronic Filing)
Claude Rob Wilson (via CM/ECF Notice of Electronic Filing)
Lucian P. Sbarra (via CM/ECF Notice of Electronic Filing)

DATE                                        JULIE A. RICHARDS, CLERK
May 28, 2013                        /s/ Susan K. Edwards
                                               (By) Susan K. Edwards, Deputy Clerk